UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
1-16-cv-24818—MARTINEZ/GOODMAN

**JAMIE BRYANT, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**

    **Defendant.**

_____/

**PLAINTIFF'S MOTION FOR COURT-ORDERED
SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE**

Named Plaintiff Jamie Bryant ("Plaintiff"), pursuant to this Court's inherent powers, moves for an Order from this Honorable Court requiring the parties to attend a mediation conference before the presiding Magistrate Judge. Although the parties' efforts to mediate this case resulted in an impasse, Plaintiff believes that the Parties would benefit from a second effort to resolve this case on a class basis with a little more time and effort, and with the assistance of a United States Magistrate Judge. In support of this Motion, Plaintiff states as follows:

**Supporting Facts**

1.    On June 2, 2020 the Parties participated in a Court-ordered mediation.

2.    The Parties worked very hard during an all-day mediation session, conducted via Zoom (with the Court's permission and at Plaintiff's counsel's request).

3.    Unfortunately, yesterday evening the mediator had to report an impasse. Plaintiff believes the impasse was likely the result of communication-related issues between the Parties, and also time constraints, during the first mediation session.

4. Plaintiff also believes the parties could overcome these hurdles at a settlement conference before the presiding Magistrate Judge.

5. Considering that this case potentially involves the claims of hundreds of thousands of putative class members, and given the progress already made, Plaintiff believes the Parties should try again to resolve this case.  If a proposed settlement were reached, this entire lawsuit would be resolved subject to Court approval.

6. For these reasons, Plaintiff believes that a Court-Ordered settlement conference before the presiding Magistrate Judge may result in a class wide resolution to this case.

**WHEREFORE**, Plaintiff moves for an Order from this Honorable Court requiring the parties to attend a mediation conference before the presiding Magistrate Judge, even if only by phone or video conference.  A proposed order is attached as Exhibit A.

### CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiff attempted to contact counsel for Defendant regarding the extension sought in this Motion.  Plaintiff has not yet heard back from Defendant's counsel, but assumes this Motion is opposed.  Plaintiff will immediately notify the Court once Defendant's counsel confirms this Motion is opposed.

DATED this 10th day of June, 2020.

Respectfully submitted,

*/s/ Brandon J. Hill*
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave.
Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: gnichols@wfclaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**