# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**1-16-cv-24818—MARTINEZ/GOODMAN**

**JAMIE BRYANT, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**

    **Defendant.**

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR COURT-ORDERED SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE**

THIS CAUSE having come before the Court on Plaintiff's Motion for a Court-Ordered Settlement Conference with the Magistrate Judge. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. The Parties are ordered to attend a settlement conference with the Magistrate Judge on _____.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of June, 2020.

                                                                                                    _____
                                                                                                    JOSE E. MARTINEZ
                                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record