UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1-16-cv-24818—MARTINEZ/GOODMAN

JAMIE BRYANT, DAWN SMITH,
and CURTIS BAKER, on behalf themselves and
all others similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC.,
ADMINISTRATIVE COMMITTEE OF THE
WALMART STORES, INC. ASSOCIATES'
HEALTH AND WELFARE PLAN,

    Defendants.
_____/

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Jamie Bryant, Curtis Baker, and Dawn Smith, and Defendants Walmart Inc. and the Administrative Committee of the Walmart Inc. Associates' Health and Welfare Plan, respectfully stipulate to a dismissal of this case with prejudice, each side to bear its own fees and costs.

Dated: July 17, 2020.	Respectfully submitted,

By:/s/ Mark F. Bideau
MARK F. BIDEAU
Florida Bar No. 564044
GREENBERG TAURIG, P.A.
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222
E-Mail: bideaum@gtlaw.com
FLService@gtlaw.com

*and*

PAUL J. ONDRASIK, JR.
*Pro Hac Vice*
ERIC G. SERRON
*Pro Hac Vice*
SARA R. PIKOFSKY
*Pro Hac Vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
E-Mail: pondrasik@steptoe.com

*Counsel for Defendants Walmart Inc. and the Administrative Committee of the Walmart Inc. Associates' Health and Welfare Plan*

*and*

By:/s/ Brandon J. Hill
BRANDON J. HILL
Florida Bar No. 37061
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
E-mail: lcabassa@wfclaw.com
E-mail: bhill@wfclaw.com

*Counsel for Plaintiffs, Jamie Bryant, Dawn Smith, and Curtis Baker*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Stipulation to Dismiss Case With Prejudice was served electronically, on July 17, 2020, on all counsel or parties of record.

By:/s/ Brandon J. Hill
BRANDON J. HILL