UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-24818-CIV-MARTINEZ-GOODMAN

JAMIE BRYANT, *et al.*,

    Plaintiffs,

v.

WAL-MART STORES, INC., *et al.*,

    Defendants.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

THIS CAUSE is before the Court upon the parties' joint stipulation of dismissal with prejudice. [ECF No. 185]. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** and **CLOSED**. The Clerk of Court shall **DENY AS MOOT** any pending motions.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record